UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:14-CV-44-FL |
| RESEARCH TRIANGLE REGIONAL ) | |
| PUBLIC TRANSPORTATION ) | |
| AUTHORITY d/b/a TRIANGLE ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 16, 2015, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 16, 2015, and Copies To:**

Kevin Scott Joyner (via CM/ECF Notice of Electronic Filing)
Kimberly Joyce Lehman (via CM/ECF Notice of Electronic Filing)
Michael A. Spivey (via. U.S. Mail) 5509 Robbins Drive, Raleigh, NC 27610

September 16, 2015        JULIE RICHARDS JOHNSTON, CLERK
                                              /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk